

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00131-CV

Lorraine **KENYON**, Individually and as Executrix of the Estate of Theodore Kenyon,
Appellant

v.

**ELEPHANT INSURANCE COMPANY, LLC**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI14055
Honorable Michael E. Mery, Judge Presiding

BEFORE THE EN BANC COURT

In accordance with this court's opinion of this date, we withdraw this court's April 24, 2019 opinions and judgment and substitute today's opinions and this judgment in their stead.

We DISMISS appellant's issues relating to her misrepresentation claims under the Texas Deceptive Trade Practices Act and Insurance Code. We REVERSE the summary judgment as to Kenyon's claims of negligent undertaking, negligent training, common law negligence, and gross negligence.

We ORDER that appellant recover the costs she incurred related to this appeal from appellee.

SIGNED April 1, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice